UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Elvia Reyes-Zabala <br> Defendant(s) | CRIMINAL NO. 08mj2167 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Samuel Cavalampio-Calderon

DATED: 7/29/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____  
Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062