AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUL 2 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ELVIA REYES-ZABALA | CASE NUMBER: 08-CR-2506-JAH |

I, ELVIA REYES-ZABALA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 29 July 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Elvia Reyes-Zabala
Defendant

_____
Defense Counsel

Before _____
Judicial Officer